```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

| | |
|---|---|
| ERIN TURNER,<br><br>      Plaintiff,<br><br>  v.<br><br>DRIVETIME CAR SALES COMPANY,<br>LLC d/b/a DRIVETIME,<br><br>      Defendant. | Civil No. 18-433 (NLH/AMD) |

### ORDER OF ADMINISTRATIVE TERMINATION

This matter having come before the Court by way of Stipulation and Consent Motion to Stay Proceedings [D.I. 6] filed on behalf of the parties on February 7, 2018. The parties requested that the Court stay this action to allow for the arbitration of any and all claims in this matter. The Court granted the motion by way of Order dated February 8, 2018. Therefore, for good cause shown:

IT IS on this **8th** day of **February 2018**,

**ORDERED** that this matter shall be, and is hereby, administratively terminated, without prejudice, with the right to reopen by way of letter application.

**ORDERED** that the parties shall submit a joint status report to the Court by no later than **August 31, 2018.**

                                              s/ Ann Marie Donio
                                              ANN MARIE DONIO
                                              UNITED STATES MAGISTRATE JUDGE

cc: Hon. Noel L. Hillman